BEFORE THE SECOND DIVISION, APRIL 16, 1968

**No. P68/204.**—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 64/20872 and 64/20874 (Buffalo).

**No. P68/205.**—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protest 64/20873 (Buffalo).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consist of machines, or parts thereof, dedicated for use therewith, which perform independent steps in the manufacture of paper pulp, similar in all material respects to those the subject of *Bird Machine Company* v. *United States* (51 CCPA 42, C.A.D. 835) and *A. N. Deringer, Inc.* v. *United States* (56 Cust. Ct. 477, C.D. 2681), the claim of the plaintiff was sustained.

**No. P68/206.**—A.C. Compacting Presses, Inc. *v.* United States, protest 66/4065 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of parts of high pressure presses, dedicated to use therewith, similar in all material respects to those the subject of *Arnhold Ceramics, Inc.* v. *United States* (56 Cust. Ct. 416, C.D. 2668), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, APRIL 16, 1968

**No. P68/207.**—United China & Glass Company *v.* United States, protests 58/9962–15273, etc. (New Orleans).

**No. P68/208.**—New York Merchandise Co., Inc., and Ucagco, Inc., protests 64/8067 and 321581–K (Portland, Oreg.).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.